IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADRA FOSTER,

        Plaintiff,

  v.

BERKELEY POLICE DEPARTMENT, *et al.*,

        Defendants.
                                   /

No. C 10-3703 SI

**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**

The parties have filed a number of documents related to a case management conference that was originally scheduled for December 3, 2010.[1] In these filings, counsel accuse each other of failing to meet and confer regarding a joint case management conference statement, and each side has moved to strike the filings of the other party. It is apparent from these filings that counsel have not been cooperating with each other. Counsel are reminded to behave professionally, cooperate, and follow the Federal Rules of Civil Procedure as well as the Civil Local Rules for the Northern District of California.

The Court DENIES the parties' requests to strike and ORDERS the parties to engage in a meaningful meet and confer prior to the January 28, 2011 case management conference regarding the matters set forth in the Case Management Conference Order (Docket No. 2, Attachment 1), and file a **joint** case management conference statement no later than **January 21, 2011**. (Docket Nos. 10, 12).

**IT IS SO ORDERED.**

Dated: December 6, 2010

                                                    SUSAN ILLSTON
                                                   United States District Judge

---

[1] On December 2, 2010, the Court rescheduled the case management conference for January 28, 2011 at 2:30 pm.