# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADRA FOSTER,

       Plaintiff,

  v.

BERKELEY POLICE DEPARTMENT,

       Defendant.
                                     /

No. C 10-03703 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 29, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 16, 2011</u>.

DESIGNATION OF EXPERTS: <u>11/21/11</u>; REBUTTAL: <u>11/30/11</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 16, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 30, 2011</u>;

    Opp. Due <u>October 14, 2011</u>; Reply Due <u>October 21, 2011</u>;

    and set for hearing no later than <u>November 4, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>January 17, 2012</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>January 30, 2012</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The deadline to amend the complaint is 2/4/11.

The ADR Dept. Shall set up a conference as soon as possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                      SUSAN ILLSTON
                                      United States District Judge