1    Steve Ngo, Esq. (No. 233317)
     NGO LEGAL GROUP, P.C.
2    575 Market St., Suite 2600
     San Francisco, CA 94105
3    Telephone: (415) 504-2747
     Facsimile: (415) 494-8622
     Email: steve.ngo@ngolegal.com
4
     Attorneys for Defendant
5    LOIS WITHERS

6

7
                      UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO DIVISION
10
     NADRA FOSTER,                          Case No.:  C10-03703 SI
11
                            Plaintiff,      **STIPULATION AND ORDER TO ADD PARTIES**
12
              vs.
13
     BERKELEY POLICE DEPARTMENT;
14   DOUGLAS HABLETON, in his official
     capacity as CHIEF OF POLICE for
15   BERKELEY; A. MCDOUGALL
     individually and in his official capacity as a
16   police officer for BERKELEY POLICE
     DEPARTMENT; E. KEENE individually
17   and in his personal capacity as a police
     officer for BERKELEY POLICE
18   DEPARTMENT; LOIS WITHERS
     individually, and DOES 1-50, inclusive,
19
                            Defendants.
20

21

22                             **STIPULATION**

23           PLEASE TAKE NOTICE that the undersigned counsel of record of the respective parties

24   hereby stipulate as follows:

25           1.      The First Amended Complaint shall add as parties to the causes of action against

26                   Defendant LOIS WITHERS, an individual, new Defendant KPFA, her employer at all

27

28

relevant times, and its parent entity, new Defendant PACIFICA FOUNDATION, INC.

2.     Ngo Legal Group, P.C., counsel of record for LOIS WITHERS, will represent and serve as counsel of record for the new defendants, KPFA and Pacifica Foundation, Inc.

DATED:  May 17, 2011                    LAW OFFICES

                                        By:  _____/s_____
                                             Arcolina Panto, Esq.
                                             Attorneys for Plaintiff
                                             NADRA FOSTER


DATED:  May 17, 2011                    NGO LEGAL GROUP, P.C.

                                        By:  _____/s_____
                                             Steve Ngo, Esq.
                                             Attorneys for Defendant
                                             LOIS WITHERS


DATED:  May 17, 2011                    BERKELEY CITY ATTORNEYS OFFICE

                                        By:  _____/s_____
                                             Lynne Bourgault, Esq.
                                             Attorneys for Defendants
                                             City of Berkeley, et al.


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  _____5/18/11_____          _____
                                             Hon. Judge Susan Illston