# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| NADRA FOSTER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BERKELEY, et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-3703 SI<br><br>**ORDER RE: ATTENDANCE**<br><br>Date:　　　June 10, 2011<br>Mediator:　Patrick Robbins |

　　　IT IS HEREBY ORDERED that the request to excuse defendant former City of Berkeley Chief of Police Douglas Hambleton from participating in the June 10, 2011, ENE before Patrick Robbins is GRANTED.

　　　IT IS SO ORDERED.

May 26, 2011　　　　　　　By:　　　　　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California