Zach Cowan, City Attorney, SBN 96372
Matthew J. Orebic, Deputy City Attorney, SBN 124491
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone:  (510) 981-6998
Facsimile:  (510) 981-6960
Email: morebic@ci.berkeley.ca.us
         lbourgault@ci.berkeley.ca.us

Attorneys for Defendants
CITY OF BERKELEY, DOUGLAS HAMBLETON,
ALEXANDER McDOUGALL, and ERIK KEENE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NADRA FOSTER,<br><br>            Plaintiff,<br><br>v.<br><br>BERKELEY POLICE DEPARTMENT, *et al.*,<br><br>            Defendants. | No.  C10-03703 SI (ADR)<br><br>(PROPOSED) ORDER RE: DEPOSITIONS OF PLAINTIFF'S MENTAL HEALTH THERAPISTS |
|---|---|

Pursuant to the telephone conference with all counsel on October 13, 2011, the Court hereby orders plaintiff Nadra Foster's treating mental health therapists, Mosi Mays-Mirembe and Amira Salaam, to give deposition testimony in this lawsuit regarding Nadra Foster, including but not limited to their counseling of, observations of, information about, and interactions with Ms. Foster.

If necessary, the deposition of Ms. Mays-Mirembe may be taken after the discovery cut-off date of October 28, 2011.

DATED: _____10/13/11_____     _____
                                                              Hon. Susan Illston

1