1  Zach Cowan, City Attorney, SBN 96372
   Matthew J. Orebic, Deputy City Attorney, SBN 124491
2  Lynne S. Bourgault, Deputy City Attorney, SBN 180416
   BERKELEY CITY ATTORNEY'S OFFICE
3  2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
4  Telephone:  (510) 981-6998
   Facsimile:  (510) 981-6960
5  Email: morebic@ci.berkeley.ca.us
          lbourgault@ci.berkeley.ca.us
6
7  Attorneys for Defendants
   CITY OF BERKELEY, DOUGLAS HAMBLETON,
8  ALEXANDER McDOUGALL and ERIK KEENE

9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12  NADRA FOSTER,                              No.  C10-03703 SI (ADR)

13         Plaintiff,

14  v.                                         STIPULATION AND [PROPOSED]
                                                ORDER TO CONTINUE DEPOSITION
15  BERKELEY POLICE DEPARTMENT; et             OF DR. LISA LATTANZA BEYOND THE
    al.,                                       DISCOVERY CUT-OFF
16
           Defendants.
17

18

19         The parties through their counsel herein stipulate that the deposition of Dr. Lisa Lattanza,

20  a treating doctor for plaintiff, currently set for October 25, 2011 at 4:00 p.m. at UCSF Medical

21  Center, 1500 Owens Street, First Floor, San Francisco, CA can be continued to November 22,

22  2011 at 4:00 p.m. at the same location.  The non-expert discovery cutoff is October 28, 2011.

23  Defense counsel for City of Berkeley, Matthew Orebic, requests this continuance of the

24  deposition to a date *beyond* the percipient witness discovery cutoff because (1)  Mr. Orebic is

25  needed at a medical procedure for his 88-year old mother that was recently scheduled on an

26  expedited basis, (2) there is no other person or family member as appropriate as Mr. Orebic to

27  transport and care for his mother on October 25, and (3) the next available date for Dr. Lattanza

28
                                              1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEPOSITION OF DR. LISA LATTANZA
                     BEYOND THE DISCOVERY CUT-OFF
                          NO. C 10-03703 SI (ADR)

to give a deposition is November 22.  Plaintiff's counsel is concerned that parties do not have the authority to make such a stipulation, but is amenable due to human concerns.

Dated:  October 19, 2011            Respectfully submitted:

ZACH COWAN, City Attorney
MATTHEW J. OREBIC, Deputy City Attorney
LYNNE S. BOURGAULT, Deputy City Attorney

By:   /s/ Matthew J. Orebic
      MATTHEW J. OREBIC
      Attorneys for Defendants
      CITY OF BERKELEY, , DOUGLAS
      HAMBLETON, ALEXANDER McDOUGALL
      and ERIK KEENE

Dated:  October 19, 2011            Respectfully submitted:

By:   /s/ Arcolina Panto
      ARCOLINA PANTO
      Attorney for Plaintiff
      NADRA FOSTER

Dated:  October 19, 2011            Respectfully submitted:

NGO LEGAL GROUP, A Professional Corp.

By:   /s/ Steve Ngo
      STEVE NGO
      Attorney for Defendants
      LOIS WITHERS, KPFA, and PACIFICA
      FOUNDATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __10/24/11__              _____
                                  HONORABLE SUSAN ILLSTON
                                  Judge of the U.S. District Court