IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADRA FOSTER, | No. C 10-3703 SI |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF JUDGMENT PURSUANT TO F.R.C.P. 54(b)** |
| v. | |
| BERKELEY POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Defendants Pacifica Foundation, Inc., KPFA, and Lois Withers have filed an unopposed motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b). As the motion is unopposed, the Court GRANTS the motion. Docket No. 76.

**IT IS SO ORDERED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge