1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADRA FOSTER,

        Plaintiff,

  v.

BERKELEY POLICE DEPARTMENT, *et al.*,

        Defendants.

                        /

No. C 10-3703 SI

**JUDGMENT AS TO DEFENDANTS PACIFICA FOUNDATION, INC., KPFA and LOIS WITHERS ONLY**

    The Court granted summary judgment in favor of defendants Pacifica Foundation, Inc., KPFA, and Lois Withers, and against plaintiff.  Judgment is hereby entered in favor of defendants Pacifica Foundation, Inc., KPFA, and Lois Withers, and against plaintiff.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: January 8, 2012

                                           SUSAN ILLSTON
                                         United States District Judge