**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADRA FOSTER, | No. C 10-3703 SI |
| Plaintiff, | **JUDGMENT AS TO DEFENDANTS PACIFICA FOUNDATION, INC., KPFA and LOIS WITHERS ONLY** |
| v. | |
| BERKELEY POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

The Court granted summary judgment in favor of defendants Pacifica Foundation, Inc., KPFA, and Lois Withers, and against plaintiff.  Judgment is hereby entered in favor of defendants Pacifica Foundation, Inc., KPFA, and Lois Withers, and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge