IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADRA FOSTER,

   Plaintiff,

 v.

BERKELEY POLICE DEPARTMENT, *et al.*,

   Defendants.

           /

No. C 10-3703 SI

**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SCHEDULING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 10, 2012 AT 3 PM**

   Trial is scheduled to begin in this case on January 30, 2012, with a final pretrial conference set for January 24, 2012. The Court is currently presiding over a three month criminal trial, and thus the pretrial and trial dates in this case are VACATED. The Court will hold a case management conference with the parties on **February 10, 2012 at 3:00 p.m.** to select a new trial date.

   **IT IS SO ORDERED.**

Dated: January 23, 2012

                      SUSAN ILLSTON
                      United States District Judge