IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADRA FOSTER,<br><br>       Plaintiff,<br><br>   v.<br><br>BERKELEY POLICE DEPARTMENT, *et al.*,<br><br>       Defendants.<br>_____/ | No. C 10-3703 SI<br><br>**ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE AND SCHEDULING CASE MANAGEMENT CONFERENCE FOR FEBRUARY 10, 2012 AT 3 PM** |

Trial is scheduled to begin in this case on January 30, 2012, with a final pretrial conference set for January 24, 2012. The Court is currently presiding over a three month criminal trial, and thus the pretrial and trial dates in this case are VACATED. The Court will hold a case management conference with the parties on **February 10, 2012 at 3:00 p.m.** to select a new trial date.

**IT IS SO ORDERED.**

Dated: January 23, 2012

SUSAN ILLSTON
United States District Judge