IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NADRA FOSTER,

        Plaintiff,

v.

BERKELEY POLICE DEPARTMENT,

        Defendant.
                              /

No. C 10-03703 SI

**SECOND PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is .

DESIGNATION OF EXPERTS: ; REBUTTAL: .
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is .

DISPOSITIVE MOTIONS **SHALL** be filed by ;

    Opp. Due ; Reply Due ;

    and set for hearing no later than at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 16, 2012 at 3:30 PM.

JURY TRIAL DATE: October 22, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel is directed to contact Mag. Judge James' office and schedule a settlement conference. The Court continued the trial as indicated above.
Counsel may file separate jury instructions and any objection may be filed at the parties convenience.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/16/12

                                          SUSAN ILLSTON
                                          United States District Judge