IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADRA FOSTER, | No. C 10-3703 SI |
| Plaintiff, | **ORDER RE: TRIAL DATE** |
| v. | |
| BERKELEY POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

Trial is scheduled to begin in this case on October 22, 2012, with a final pretrial conference set for October 16, 2012. The Court is aware that the trial in this case has already been continued once. However, the re-trial of a criminal trial has recently been scheduled to begin on October 9, 2012, and that trial is expected to last several weeks and thus will likely conflict with the trial in this case. Criminal matters have setting priority over civil matters.

Accordingly, the Court inquires whether the parties would consent to referral of this case to a Magistrate Judge (e.g., Magistrate Judge Corley) for trial. The parties shall meet and confer and notify the Court of their response no later than July 6, 2012.

**IT IS SO ORDERED.**

Dated: June 13, 2012

SUSAN ILLSTON
United States District Judge