IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADRA FOSTER,<br><br>    Plaintiff,<br><br>  v.<br><br>BERKELEY POLICE DEPARTMENT, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 10-3703 SI<br><br>**ORDER RESCHEDULING TRIAL DATE TO MARCH 18, 2013, AND DEEMING MOTIONS IN LIMINE WITHDRAWN** |

In response to the June 13, 2012 Order Re: Trial Date, the parties have informed the Court that they are not willing to consent to trial of this case by a Magistrate Judge. Accordingly, the Court reschedules the trial to the first available date on this Court's calendar, March 18, 2013. The Court will hold a pretrial conference on March 5, 2013, at 3:30 pm. The parties' motions in limine are deemed WITHDRAWN. Docket Nos. 83-93 and 98-105. In advance of the pretrial conference, the parties may refile the motions in limine if they remain pertinent, and may do so by filing a statement listing the docket numbers of the motions at issue (rather than refiling the entire documents again).

**IT IS SO ORDERED.**

Dated: July 12, 2012

                                                  SUSAN ILLSTON<br>
                                                United States District Judge